UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CR-02129-EFS-2 |
| Plaintiff, | ) ) | ORDER MODIFYING CONDITIONS |
| v. | ) ) | OF RELEASE |
| Bernardo Lopez Perez, | ) ) | X   Motion Granted **(Ct. Rec. 115)** |
| Defendant. | ) ) ) ) | |

**IT IS ORDERED** that the release of the Defendant is subject to the following:

**Conditions of Release**

X   Defendant shall comply with previously ordered conditions of release.

X   The previously imposed conditions of release are modified as follows:

   1) GPS monitoring imposed in place of electronic home monitoring.
   2) Imposition of a curfew to correlate with employment hours. Must be approved by the U.S. Pretrial Services Department.

**SUBSTANCE ABUSE EVALUATION AND TREATMENT**

   If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply:

   Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

ORDER SETTING CONDITIONS OF RELEASE   - 1


**HOME CONFINEMENT/ELECTRONIC/GPS MONITORING**

X  (23) Defendant shall participate in one or more of the following home confinement program(s):

   X **GPS Monitoring.** The Defendant shall participate in a program of GPS confinement. The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation. In the event the Defendant does not respond to GPS monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay determined by the Pretrial Services Office.

   X **Curfew.** Defendant shall be restricted to his/her residence:
     X As directed by the Pretrial Services Office.

DATED: July 5, 2012

                  S/ James P. Hutton
                  JAMES P. HUTTON
           UNITED STATES MAGISTRATE JUDGE

ORDER SETTING CONDITIONS OF RELEASE  - 2